UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PRESSLEY,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>AMY MILLER,<br><br>　　　　　Respondent. | CASE NO. CV 13-1687-RGK (PJW)<br><br>J U D G M E N T |

　　　Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　　DATED:   February 13, 2014  .

　　　　　　　　　　　　　　　　　　　　　　/s/ Gary Klausner
　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 13-1687 RGK (PJW) Judgment.wpd